**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal Case No.  15-MJ-00101-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DENTON SIMMONS,**

**Defendant.**

### AMENDED ORDER RE: [DOCS. #19 AND #20]

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

After further review and discussion with the U. S. Attorney's Office, Probation Officer and with consent of defense counsel regarding that discussion,

**IT IS HEREBY ORDERED** that the Change of Plea Hearing in this matter is **RE-SCHEDULED for March 13, 2015 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion for Immediate Sentencing [Doc. #20] is **GRANTED** and Sentencing will be held on March 13, 2015 at 10:00 a.m.

**DATED: February 25, 2015.**

        **BY THE COURT:**

        **s/David L. West
United States Magistrate Judge**